## UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DARNELL WILLOUGHBY** | ) CIVIL ACTION NO.: 12 CV 9334 |
| | ) Filing Date:   12-21-2012 |
| **Plaintiff** | ) |
| v. | ) **AFFIDAVIT OF SERVICE** |
| **THE CITY OF NEW YORK, et al** | ) |
| | ) **ATTY:** |
| | ) EDWARD FRIEDMAN, ESQ. |
| | ) 26 COURT STREET, SUITE 1903 |
| **Defendants** | ) BROOKLYN, NY 11242 |

STATE OF NEW YORK : COUNTY OF KINGS ss:

MOHAMED BOURI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on FEBRUARY 26, 2013 at 2:00 PM at ONE POLICE PLAZA, NEW YORK, NY 10038 C/O NARCOTICS BUREAU BRONX, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on DETECTIVE CARLOS MARCHENA, SHIELD NO.: 6212 therein named.

SUITABLE AGE:  By delivering thereat a true copy of each to P.A.A. BUSBY a person of suitable age and discretion. Said premises is intended Recipient's ACTUAL PLACE OF BUSINESS/USUAL PLACE OF ABODE within the state. He/She identified him/herself as the CO-WORKER of the Recipient.

DESCRIPTION: Deponent further states that he/she describes the person actually served as follows: Gender: Female   Race/Skin: Black   Hair: Black   Glasses: No   Age: 50   Height: 5'2"   Weight: 160

MAILING:  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to Recipient at Recipient's last known residence at ONE POLICE PLAZA, NEW YORK, NY 10038 C/O NARCOTICS BUREAU BRONX and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on 3/5/2013 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the party to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Recipient in this action.

MILITARY SERVICE:  Person spoken to was asked whether the recipient was in the military service of the State of New York or the United States and received a negative reply.  Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:   MAR 05 2013

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4987428
Qualified in Kings County
Commission Expires June 08, 2014

_____
MOHAMED BOURI, Lic. #1278466

ID: 12-026610